IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 3:13-cr-12(DCB)(FKB)

BARBARA CUMMINGS

ORDER

This cause is before the Court on defendant Barbara Cummings' Motion to Postpone Bureau of Prisons Report Date **(docket entry 32)**. Having carefully considered the motion and the Government's response, the Court finds that Cummings provides no authority for her request and does not identify any medical condition that cannot be adequately addressed by the Bureau of Prisons.  She simply seeks to delay reporting to prison on the date ordered by the Court.  The Bureau of Prisons will take her medical condition into consideration in assigning a facility that can address her medical needs.  Accordingly,

IT IS HEREBY ORDERED that defendant Barbara Cummings' Motion to Postpone Bureau of Prisons Report Date **(docket entry 32)** is DENIED.

SO ORDERED, this the 3rd day of April, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE